1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        CENTRAL DISTRICT OF CALIFORNIA

10

11   AGUSTIN ZAMORA,                          Case No. 2:25-cv-08514-FLA (E)

12                          Petitioner,        **ORDER ACCEPTING FINDINGS,**
                                               **CONCLUSIONS, AND**
13              v.                             **RECOMMENDATIONS OF UNITED**
                                               **STATES MAGISTRATE JUDGE**
14   WARDEN,                                   **[DKT. 14]**

15                          Respondent.

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to 28 U.S.C. § 636, the court has reviewed the Petition ("Petition," Dkt. 1), the records herein and attached to the Report and Recommendation of United States Magistrate Judge (the "Report," Dkt. 14). The Report recommends granting Respondent Warden B. Birkholz's ("Respondent"), *erroneously sued as* "Warden," Motion to Dismiss (Dkt. 9, "Motion"). Dkt. 14 at 4. Petitioner Agustin Zamora ("Petitioner") did not oppose the Motion, nor file an objection to the Report. The court accepts and adopts the Magistrate Judge's Report.

The court, having considered the Report, hereby ACCEPTS and ADOPTS the Report and ORDERS as follows:

1. Respondent's Motion is GRANTED;

2. Judgment is ENTERED denying and dismissing the Petition with prejudice; and

3. The Clerk of the Court is ORDERED to serve forthwith a copy of this Order, the Magistrate Judge's Report, and the Judgment herein on Petitioner and counsel for Respondent.

IT IS SO ORDERED.

Dated: January 5, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge

2