JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUSTIN ZAMORA,<br><br>                    Petitioner,<br><br>          v.<br><br>WARDEN,<br><br>                    Respondent. | Case No. 2:25-cv-08514-FLA (E)<br><br>**JUDGMENT** |

1

Pursuant to the court's Order Accepting the Report and Recommendation of United States Magistrate Judge, it is hereby ADJUDGED Petitioner Agustin Zamora's Petition, Dkt. 1, is DENIED and DISMISSED with prejudice.

IT IS SO ORDERED.

Dated: January 8, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge